UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-137-FtM-38MRM

BENJAMIN LOPEZ-DOMINGUEZ

## ORDER[1]

Before the Court is the United States Magistrate Judge's Report and Recommendation. (Doc. 19). The Magistrate Judge recommends the Court accept Defendant's guilty plea and adjudicate Defendant guilty. The parties have waived the fourteen-day objection period. (Doc. 14; Doc. 16). After examining the file independently, and upon considering the Magistrate Judge's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is **ORDERED:**

(1) The Report and Recommendation (Doc. 19) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.

(2) Defendant's plea of guilty is **ACCEPTED** and Defendant is **ADJUDICATED GUILTY** as to Count One of the Indictment.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(3) The sentencing hearing is set for January 20, 2020 at 9:30 AM.

**DONE AND ORDERED** in Fort Myers, Florida on this 5th day of November 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record